United States District Court
Southern District of Texas
**ENTERED**
October 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Angela Dawn Perez Dowling, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | Civil Action No. 4:23-cv-03768 |
| Kilolo Kijakazi, Acting Commissioner, Social Security Administration, | § § § § | |
| *Defendant.* | | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is the Commissioner's motion to dismiss (Document No. 4). The Court has received from the Magistrate Judge an Amended Memorandum and Recommendation recommending that the motion be granted, and that Plaintiff Angela Dawn Perez Dowling's appeal be dismissed without prejudice (Document No. 10). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the motion to dismiss, is of the opinion that that the findings and recommendations of the Magistrate Judge should be and hereby are accepted by the Court.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Amended Memorandum and Recommendation of the United States Magistrate Judge signed and filed on July 19, 2024, which

is adopted as the opinion of this Court in all respects, that the Commissioner's motion to dismiss (Document No. 4) is GRANTED.

It is further ORDERED and ADJUDGED that this appeal be dismissed without prejudice for failure to exhaust administrative remedies.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 8TH day of Oct., 2024.

Ewing Werlein, Jr.
United States District Judge